## CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: _____

Short Caption: In re Official Committee of Unsecured Creditors

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]     PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archdiocese of Milwaukee

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Pachulski Stang Ziehl & Jones LLP

Howard, Solochek & Weber, S.C.

Marci A. Hamilton (solo practioner)

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

N/A

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: _Marci A. Hamilton_    Date: 10/22/13

Attorney's Printed Name: Marci A. Hamilton

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes  X    No ____

Address: 36 Timber Knoll Drive

Washington Crossing, PA 18977

Phone Number: (212) 790-0215          Fax Number: (212) 493-1094

E-Mail Address: hamilton02@aol.com

rev. 01/08 AK

**CIRCUIT RULE 26.1    DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: In re Official Committee of Unsecured Creditors

 To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

 The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

 [ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archdiocese of Milwaukee

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Pachulski Stang Ziehl & Jones LLP

Howard, Solochek & Weber, S.C.

Marci A. Hamilton (solo practioner)

(3) If the party or amicus is a corporation:

 i) Identify all its parent corporations, if any; and

  N/A

 ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

  N/A

Attorney's Signature: _/s/ James Stang_  Date: 10/9/13

Attorney's Printed Name: James I. Stang

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes ___ No _X_

Address: 10100 Santa Monica Blvd., 13th Floor

Los Angeles, CA 90067

Phone Number: (310) 277-6910  Fax Number: (310) 201-0760

E-Mail Address: jstang@pszjlaw.com

rev. 01/08 AK

CIRCUIT RULE 26.1    DISCLOSURE STATEMENT

Appellate Court No: _____

Short Caption: In re Official Committee of Unsecured Creditors

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]    PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archdiocese of Milwaukee

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Pachulski Stang Ziehl & Jones LLP

Howard, Solochek & Weber, S.C.

Marci A. Hamilton (solo practioner)

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

N/A

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: _____ Date: 10/22/2013

Attorney's Printed Name: Kenneth H. Brown

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes ____    No X

Address: 150 California St., 15th Flr.

San Francisco, CA 94111

Phone Number: (415) 263-7000        Fax Number: (415) 263-7010

E-Mail Address: kbrown@pszjlaw.com

rev. 01/08 AK

CIRCUIT RULE 26.1    DISCLOSURE STATEMENT

Appellate Court No: _____

Short Caption: In re Official Committee of Unsecured Creditors

 To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

 The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

 [ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archdiocese of Milwaukee

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Pachulski Stang Ziehl & Jones LLP

Howard, Solochek & Weber, S.C.

Marci A. Hamilton (solo practioner)

(3) If the party or amicus is a corporation:

 i) Identify all its parent corporations, if any; and

  N/A

 ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

  N/A

Attorney's Signature: /s/ Gillian Brown    Date: 10/9/2013
Attorney's Printed Name: Gillian N. Brown

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes _____   No  X

Address: 10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Phone Number: (310) 277-6910    Fax Number: (310) 201-0760

E-Mail Address: gbrown@pszjlaw.com

rev. 01/08 AK

CIRCUIT RULE 26.1　DISCLOSURE STATEMENT

Appellate Court No: _____

Short Caption: In re Official Committee of Unsecured Creditors

　To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

　The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

　[ ]　PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archdiocese of Milwaukee

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Pachulski Stang Ziehl & Jones LLP

Howard, Solochek & Weber, S.C.

Marci A. Hamilton (solo practioner)

(3) If the party or amicus is a corporation:

　i) Identify all its parent corporations, if any; and

　　N/A

　ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

　　N/A

Attorney's Signature: _Erin Gray_ Date: 10/22/2013
Attorney's Printed Name: Erin Gray

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes ____ No X

Address: 10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Phone Number: (310) 277-6910　　Fax Number: (310) 201-0760

E-Mail Address: egray@pszjlaw.com

rev. 01/08 AK

**CIRCUIT RULE 26.1   DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: In re Official Committee of Unsecured Creditors

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

    [ ]    **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Official Committee of Unsecured Creditors in the chapter 11 bankruptcy case of the Archdiocese of Milwaukee

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Pachulski Stang Ziehl & Jones LLP

Howard, Solochek & Weber, S.C.

Marci A. Hamilton (solo practioner)

(3) If the party or amicus is a corporation:

   i) Identify all its parent corporations, if any; and

     N/A

   ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

     N/A

Attorney's Signature: _Albert Solochek_     Date: 10/23/13

Attorney's Printed Name: Albert Solochek

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes _____    No ☒

Address: 324 E. Wisconsin Ave., Suite 1100

Milwaukee, WI 53202

Phone Number: (414) 272-0760     Fax Number: (414) 272-7265

E-Mail Address: alsolochek@hswmke.com

rev. 01/08 AK