# CIRCUIT RULE 26.1   DISCLOSURE STATEMENT

Appellate Court No: __13-3353__

Short Caption: __Official Committee of Unsecured Creditors v. Rudolph Randa__

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

    [ ]    **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Archdiocese of Milwaukee, Debtor

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Whyte Hirschboeck Dudek S.C.

(3) If the party or amicus is a corporation:

    i)  Identify all its parent corporations, if any; and

        None

    ii)  list any publicly held company that owns 10% or more of the party's or amicus' stock:

        None

---

Attorney's Signature: __s/ Bruce G. Arnold__    Date: __November 13, 2013__

Attorney's Printed Name: __Bruce G. Arnold__

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes __X__  No ____

Address: __555 East Wells Street, Suite 1900__
           __Milwaukee, WI 53202-3819__

Phone Number: __(414) 978-5501__    Fax Number: __(414) 223-5000__

E-Mail Address: __barnold@whdlaw.com__

rev. 01/08 AK

**CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 13-3353

Short Caption: Official Committee of Unsecure v. Rudolph Randa

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]     **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Archdiocese of Milwaukee, Debtor

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Whyte Hirschboeck Dudek S.C.

(3) If the party or amicus is a corporation:

    i) Identify all its parent corporations, if any; and

        None

    ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

        None

---

Attorney's Signature: s/ Daryl L. Diesing      Date: November 13, 2013

Attorney's Printed Name: Daryl L. Diesing

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    Yes _____    No ✗

Address: 555 East Wells Street, Suite 1900
            Milwaukee, WI 53202-3819

Phone Number: (414) 978-5523      Fax Number: (414) 223-5000

E-Mail Address: ddiesing@whdlaw.com

rev. 01/08 AK

**CIRCUIT RULE 26.1   DISCLOSURE STATEMENT**

Appellate Court No: __13-3353__

Short Caption: __Official Committee of Unsecured Creditors v. Rudolph Randa__

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

    [ ]    **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

__Archdiocese of Milwaukee, Debtor__

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

__Whyte Hirschboeck Dudek S.C.__

(3) If the party or amicus is a corporation:

    i) Identify all its parent corporations, if any; and

        __None__

    ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

        __None__

---

Attorney's Signature: __s/ Francis H. LoCoco__     Date: __November 13, 2013__

Attorney's Printed Name: __Francis H. LoCoco__

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).     Yes _____     No __X__

Address: __555 East Wells Street, Suite 1900__
          __Milwaukee, WI 53202-3819__

Phone Number: __(414) 978-5305__     Fax Number: __(414) 223-5000__

E-Mail Address: __flococo@whdlaw.com__

rev. 01/08 AK

# CIRCUIT RULE 26.1  DISCLOSURE STATEMENT

Appellate Court No: __13-3353__

Short Caption: __Official Committee of Unsecured Creditors v. Rudolph Randa__

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]  **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Archdiocese of Milwaukee, Debtor

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Whyte Hirschboeck Dudek S.C.

(3) If the party or amicus is a corporation:

  i) Identify all its parent corporations, if any; and

  None

  ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

  None

Attorney's Signature: __s/ Daniel J. La Fave__     Date: __November 13, 2013__
Attorney's Printed Name: __Daniel J. La Fave__

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes ____  No __X__

Address: 555 East Wells Street, Suite 1900
         Milwaukee, WI 53202-3819

Phone Number: (414) 978-5389     Fax Number: (414) 223-5000

E-Mail Address: dlafave@whdlaw.com

rev. 01/08 AK

# CIRCUIT RULE 26.1   DISCLOSURE STATEMENT

Appellate Court No: 13-3353

Short Caption: Official Committee of Unsecured Creditors v. Rudolph Randa

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]   PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Archdiocese of Milwaukee, Debtor

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Whyte Hirschboeck Dudek S.C.

(3) If the party or amicus is a corporation:

   i) Identify all its parent corporations, if any; and

   None

   ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

   None

---

Attorney's Signature: s/ Lindsey M. Johnson          Date: November 13, 2013

Attorney's Printed Name: Lindsey M. Johnson

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes _____   No  X

Address: 555 East Wells Street, Suite 1900
         Milwaukee, WI 53202-3819

Phone Number: (414) 978-5536          Fax Number: (414) 223-5000

E-Mail Address: ljohnson@whdlaw.com

rev. 01/08 AK